**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: April 14, 2022**

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:21−bk−02894−MGW
Chapter 13

Jeffrey Scott Shioleno

Holly Lee Wall Shioleno

_____Debtor*_____/

### ORDER DENYING OBJECTION TO CLAIM

   THIS CASE came on for consideration, without hearing, of the Objection to Claim of U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation filed by the Debtors , Doc. # 37 . After review, the Court determines that the objection is deficient as follows:

   Service upon the insured depository institution by certified mail addressed to the attention of an officer of the institution is not indicated. Fed R. Bankr. P. 7004(h).

Accordingly it is

**ORDERED:**

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.