UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                          Case No. 8:21-bk-02894-MGW
**JEFFREY SCOTT SHIOLENO**                      Chapter 13
**HOLLY LEE WALL SHIOLENO**
    Debtors.
_____/

**AMENDED OBJECTION TO CLAIM #11
OF U.S. BANK TRUST N.A. AS TRUSTEE OF THE
IGLOO SERIES IV TRUST/SN SERVICING CORPORATION**

**NOTICE OF OPPORTUNITY TO OBJECT
AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court at 801 N. Florida Ave, Suite 555, Tampa, Florida 33602 and mail a copy on the movant's attorney, Sandra L. Hibsch, Esq., P.O. Box 9065, Tampa, Florida 33674, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Debtors, by and through the undersigned attorney, file this Amended Objection to Claim #11 of U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation and states the following:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on June 1, 2021.

2. On July 6, 2021, U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation ("Creditor") filed a secured Proof of Claim ("Claim") in the amount of $685.126.55, with an arrearage amount of $470,479.92 and an attached "Mortgage Proof of Claim Attachment" documenting the loan history and basis for the said amounts owed

on the loan. (Claim #11).

3. Debtors object to the Claim on the basis that the amounts do not reflect payments made by the Chapter 13 Trustee directly to the Creditor during the Debtors' previous Chapter 13 cases in the amounts of $18,369.00 (8:19-bk-01706-MGW) and $1,870.00 (8:18-03023-MGW). (Exhibit A).

4. Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing Claim #11 of U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation.

**WHEREFORE**, Debtors respectfully request that this Court enter an order sustaining this Objection, disallowing Claim #11 of U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation and for any other relief which this Court deems just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Amended Objection to Claim #11 of U.S. Bank Trust N.A. as Trustee of Igloo Series IV Trust/SN Servicing Corporation has been furnished by U.S. Mail or electronic filing notice to **Kelly Remick,** Trustee, P.O. Box 89948, Tampa, FL 33689;  **U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust/SN Servicing Corporation,** c/o Melbalynn Fisher, Esq., Authorized Agent and person filing proof of claim, Ghidotti Berger, LLP, 1031 North Miami Beach Boulevard, North Miami Beach, FL 33162; **SN Servicing Corporation,** c/o Kathy Watson, Bankruptcy Asset Manager, 323 Fifth St., Eureka, CA 95501  and **Jeffrey and Holly Wall Shioleno,** debtors, 5105 W. Cleveland St., Tampa, FL 33609, and by Certified U.S. Mail to **U.S. Bank, N.A**., c/o Andrew Cecere, Chairman, President & CEO, US Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402 this 18th day of April, 2022.

/s/ Sandra L. Hibsch
Sandra L. Hibsch, Esq. FL Bar #0898790
Sandra L. Hibsch, P.A.
P.O. Box 9065
Tampa, FL 33674
(813) 446-5761
(813) 466-7985 fax